UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>             Plaintiff, )<br>                                )<br>vs.                             )<br>                                )<br>HUANG, HUI MIN         )<br>             Defendant. )<br>_____) | USDC Cr. Cs. No. 00-00028-004<br><br>F I L E D<br>Clerk<br>District Court<br><br>AUG – 8 2005<br><br>For The Northern Mariana Islands<br>By_____<br>              (Deputy Clerk) |

Re:   Report and Order Terminating Term of Supervised Release

On October 23, 2001, Mr. Huang was sentenced in the District Court of the Northern Mariana Islands imprisonment term of 9 months followed by 36 months of supervised release for Conducting an Illegal Gambling Business, in violation of 18 U.S.C. §§2 and 1955, Laundering of Monetary Instruments, in violation of 18 U.S.C. §§2, 1956(a)(1)(A)(I) and (c). A condition of supervised release was that he be delivered to a duly authorized immigration official for immediate deportation and that he shall remain outside the United States during his term of supervised release.

Mr. Huang's period of supervised release expired on July 31, 2005. Therefore, it is recommended that the defendant be discharged from supervised release and the proceedings in this case be terminated.

RESPECTFULLY submitted this  3rd  day of August 2005.

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____
MARGARITA DLG WONENBERG
U.S. Probation Officer

Reviewed by:
_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc:   AUSA
      Defense Counsel
      File

TERMINATION
Report and Order Terminating Term of Probation
Re: Huang, Hui Min
USDC Cr. Cs. No.  00-00028-004
August 2, 2005
Page 2

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORDER OF THE COURT

Pursuant to the above report, it is ordered that Hui Min Huang be discharged from supervised release that the proceeding in the case be terminated.

Dated this _6th_ day of August 2005.

_____
Honorable Alex R. Munson
Chief Judge
U.S. District Court for the
Northern Mariana Islands